CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 09 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| ELIZABETH M. HALL,<br><br>　　　　　　　　　　*Plaintiff,*<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　*Defendant* | CIVIL NO. 6:07cv00021<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

On August 2, 2007, I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment [Docket #10, #14] and on June 17, 2008, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Urbanski recommended that Defendant's motion for summary judgment [Docket #14] be granted. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1.　　the June 17, 2008 Report shall be, and it hereby is, ADOPTED in its entirety;

2.　　Plaintiff's motion for summary judgment [Docket #10] is hereby DENIED;

3.　　Defendant's motion for summary judgment [Docket #14] is hereby GRANTED;

4.　　the Commissioner's final decision is hereby AFFIRMED; and

5.　　this case is hereby DISMISSED and STRICKEN from the Court's docket.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

ENTER: This _____ 9 th day of July, 2008.


_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

2